IRELL & MANELLA LLP
Richard M. Sherman (63438) (rsherman@irell.com)
Michael G. Ermer (110496) (mermer@irell.com)
Jared R. Gale (232465) (jgale@irell.com)
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Plaintiff
Franklin Enterprises, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| FRANKLIN ENTERPRISES, INC., a Liberia company,<br><br>Plaintiff,<br><br>vs.<br><br>PASSPORT CAPITAL, LLC, a Delaware limited liability company; PASSPORT MANAGEMENT, LLC, a Delaware limited liability company; PASSPORT ENERGY FUND, LTD., a British Virgin Islands business company; PASSPORT ENERGY MASTER FUND SPC, LTD., a British Virgin Islands segregated portfolio company; and JOHN H. BURBANK III, an individual,<br><br>Defendants. | Case No. C 08-4797 SI<br><br>**[PROPOSED] ORDER RESCHEDULING DEFENDANTS' MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Hon. Susan Illston<br>Ctrm 10, 19th Floor<br><br>Action Filed: October 20, 2008<br>Trial Date: None Set |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1991727

[PROPOSED] ORDER RESCHEDULING DEFENDANTS'
MOTION TO DISMISS AND INITIAL CASE
MANAGEMENT CONFERENCE

1  The Court, pursuant to the parties' Joint Stipulation filed January 2, 2009, and
2 having fully considered herein the papers filed by the parties in relation to
3 Defendants' Administrative Motion Pursuant to Civil Local Rule 7-11 to Reschedule
4 Hearing Date and Initial Case Management Conference, and good cause appearing
5 therefor,

6  IT IS HEREBY ORDERED that,

7  1. The hearing on Defendants' Motion to Dismiss Complaint will be on
8 February 6, 2009, at 9:00 a.m.;

9  2. Plaintiff's opposition and Defendants' reply briefs regarding
10 Defendants' Motion to Dismiss Complaint will be filed as required by L.R. 7-3;

11  3. The Initial Case Management Conference currently scheduled for
12 January 30, 2009 will be rescheduled to ___February 27, 2009, at 2 p.m._____.

16 Dated: _____

HONORABLE SUSAN ILLSTON
United States District Court Judge

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

[PROPOSED] ORDER RESCHEDULING DEFENDANTS'
MOTION TO DISMISS AND INITIAL CASE
MANAGEMENT CONFERENCE

1991727

- 1 -