IRELL & MANELLA LLP
Richard M. Sherman (63438) (rsherman@irell.com)
Michael G. Ermer (110496) (mermer@irell.com)
Jared R. Gale (232465) (jgale@irell.com)
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Plaintiff
Franklin Enterprises, Inc.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
John A. Reding (045800) (jackreding@paulhastings.com)
Peter C. Meier (179019) (petermeier@paulhastings.com)
Edward Han (196924) (edwardhan@paulhastings.com)
55 Second Street, 24th Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys For Defendants
Passport Capital, LLC; Passport Management, LLC;
Passport Energy Fund, Ltd.; Passport Energy Master
Fund SPC, Ltd.; and John H. Burbank III

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO

| | |
|---|---|
| FRANKLIN ENTERPRISES, INC., a Liberia company,<br><br>Plaintiff,<br><br>vs.<br><br>PASSPORT CAPITAL, LLC, a Delaware limited liability company; PASSPORT MANAGEMENT, LLC, a Delaware limited liability company; PASSPORT ENERGY FUND, LTD., a British Virgin Islands business company; PASSPORT ENERGY MASTER FUND SPC, LTD., a British Virgin Islands segregated portfolio company; and JOHN H. BURBANK III, an individual,<br><br>Defendants. | Case No. C 08-4797 SI<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Hon. Susan Illston<br>Ctrm 10, 19th Floor<br><br>Action Filed: October 20, 2008<br>Trial Date: March 1, 2010 |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2062195

Case No. C 08-4797 SI
[Proposed] Order Dismissing Action With Prejudice

1  Pursuant to the parties' Stipulation of Dismissal With Prejudice Pursuant to
2  Fed. R. Civ. P. 41(a)(1)(A)(ii) filed May 19, 2009, it is hereby ORDERED,
3  JUDGED, AND DECREED that the above-captioned action is dismissed with
4  prejudice in its entirety and against all parties, each party to bear its own costs and
5  expenses, including attorneys' fees.

         5/19/09
Dated: _____          _____
                                   HONORABLE SUSAN ILLSTON
                                   United States District Court Judge

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2062195

- 1 -

Case No. C 08-4797 SI
[Proposed] Order Dismissing Action With Prejudice